**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | | |
|---|---|---|
| Jerrell Kenemore, et al. | ) | Civil Action No. 1:25-cv-23652-DPG |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| Nicolas Maduro Moros, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PROOF OF SERVICE BY ALTERNATIVE MEANS

I received this Order Granting Motion for Alternative Service, Summons in a Civil Action, Civil Cover Sheet, and Complaint (English and Spanish) on December 10, 2025, to be served upon <u>Nestor Luis Reverol Torres</u>**.**

[ **X**] I served the documents on December 10, 2025, on **Nestor Luis Reverol Torres** via email to his personal email address nreverol@gmail.com, which referenced service by publication on Global Legal Notices (https://globallegalnotices.com/venezuela . I also sent an Instagram message to @reverolnestor. See attached Exhibit "A".

[  ] I left the documents at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

[  ] Other (specify):

My fees are $ <u>0</u>  for travel and $ <u>1595.00</u>  for services, for a total of $ <u>1595.00</u>

I declare under penalty of perjury that this information is true.

Date:    December 15, 2025

_____
Server's signature

___ Nelson Tucker, Process Server_____
Printed name and title
    Process Service Network LLC
    27201 Tourney Road, Ste 223
    Valencia, CA 91355
    800-417-7623

Additional information regarding attempted and completed service:

Service was made pursuant to the Order Granting Motion for Alternative Service.

# Exhibit "A"



# Service by Publication in Venezuela

PLEASE TAKE NOTICE, that pursuant to the Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service for Defendant **Nestor Luis Reverol Torres,** he is hereby notified that a civil lawsuit has been filed against him in the United States District Court, Southern District of Florida.

The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.

**Case name:** Jerrel Kenemore, et al. v. Nicolas Maduro Moros, et al.

**Defendant: Nestor Luis Reverol Torres**

**Case Number:** 1:25-cv-23652-GAYLES

**Court:** United States District Court, Southern District of Florida

**Documents:** Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service

**Country:** Venezuela

## Nelson Tucker

**From:** Nelson Tucker
**Sent:** Wednesday, December 10, 2025 12:53 PM
**To:** nreverol@gmail.com
**Subject:** Lawsuit against you

You are hereby advised that a civil lawsuit has been filed against you in United States District Court, Southern District of Florida, case no. 1:25-cv-23652-DPG.  You may view it at https://globallegalnotices.com/posts/nestor-luis-reverol-torres-venezuela-1210.  No further notice will follow.

Global Legal Notices LLC
Serving the Legal Profession Since 1978

1

< Néstor Reverol ⌐ ×



**Venezuela Publications**

12:48 PM

⋮ ↰

You are hereby advised that a civil lawsuit has been filed against yo in the United States District Court, Southern District of Florida, case no. 1:25-cv-23652-DPG. You may view it at https:// globallegalnotices.com/post/ nestor-luis-reverol-torres- venezuela-1210. No further notice will follow.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Jerrell Kenemore, et al.                    )          Civil Action No. 1:25-cv-23652-DPG
                                            )
                Plaintiffs,                 )
                                            )
v.                                          )
                                            )
Nicolas Maduro Moros, et al.                )
                                            )
                Defendants.                 )
_____)

## PROOF OF SERVICE BY ALTERNATIVE MEANS

I received this Order Granting Motion for Alternative Service, Summons in a Civil Action, Civil Cover Sheet, and Complaint (English and Spanish) on December 10, 2025, to be served upon <u>Vladimir Padrino Lopez</u>**.**

[ **X**] I served the documents on December 10, 2025, on **Vladimir Padrino Lopez** via text message to his personal cell phone +58(212)607-1645, which referenced service by publication on Global Legal Notices (https://globallegalnotices.com/venezuela . I also sent a Facebook message to https://www.facebook.com/vladimirpadrino.lopez.522. See attached Exhibit "A".

[  ] I left the documents at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

[  ] Other (specify):

My fees are $ <u>0</u>  for travel and $ <u>1595.00</u>  for services, for a total of $ <u>1595.00</u>

I declare under penalty of perjury that this information is true.

Date:    December 15, 2025                          _____

                                                    Server's signature

                                                    ___Nelson Tucker, Process Server_____
                                                    Printed name and title
                                                        Process Service Network LLC
                                                        27201 Tourney Road, Ste 223
                                                        Valencia, CA 91355
                                                        800-417-7623

Additional information regarding attempted and completed service:

Service was made pursuant to the Order Granting Motion for Alternative Service.

# Exhibit "A"



# Service by Publication in Venezuela

PLEASE TAKE NOTICE, that pursuant to the Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service for Defendant **Vladimir Padrino Lopez,** he is hereby notified that a civil lawsuit has been filed against him in the United States District Court, Southern District of Florida.

The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.

**Case name:** Jerrel Kenemore, et al. v. Nicolas Maduro Moros, et al.

**Defendant: Vladimir Padrino Lopez**

**Case Number:** 1:25-cv-23652-GAYLES

**Court:** United States District Court, Southern District of Florida

**Documents:** Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service

**Country:** Venezuela

**Court Date:** N/A



Vladimir Padrino Lopez ⌄          — ✕

12:40 PM

You are hereby advised that a civil lawsuit has been filed against you in the United States District Court, Southern District of Florida, case no. 1:25-cv-23652-DPG. You can view it at **https:// globallegalnotices.com/post/ vladimir-padrino-lopez- venezuela-1210**. No further notice ↓ ollow.



You are hereby advised that a civil lawsuit has been filed against you in the United States District Court, Southern District of Florida, case no. 1:25-cv-23652-D PG. You may view the case at https:// globallegalnotices .com/post/vladimir -padrino-lopez -1210. No further notice will follow.

Vladimir Padrin...

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Jerrell Kenemore, et al.　　　　　　）　　　　Civil Action No. 1:25-cv-23652-DPG
　　　　　　　　　　　　　　　　　）
　　　　　　Plaintiffs,　　　　　　　）
v.　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　）
Nicolas Maduro Moros, et al.　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　　　Defendants.　　　　　　）
_____)

## PROOF OF SERVICE BY ALTERNATIVE MEANS

I received this Order Granting Motion for Alternative Service, Summons in a Civil Action, Civil Cover Sheet, and Complaint (English and Spanish) on December 10, 2025, to be served upon Nicolas Maduro Moros.

[ **X**] I served the documents on December 10, 2025, on **Nicolas Maduro Moros** via text message to his personal cell phone +58(0)426-216-8871, which referenced service by publication on Global Legal Notices (https://globallegalnotices.com/venezuela.  See attached Exhibit "A".

[　] I left the documents at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

[　] Other (specify):

My fees are $ 0  for travel and $ 1595.00  for services, for a total of $ 1595.00

I declare under penalty of perjury that this information is true.

Date:　December 15, 2025　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　__Nelson Tucker, Process Server_____
　　　　　　　　　　　　　　　　　　　Printed name and title
　　　　　　　　　　　　　　　　　　　　　Process Service Network LLC
　　　　　　　　　　　　　　　　　　　　　27201 Tourney Road, Ste 223
　　　　　　　　　　　　　　　　　　　　　Valencia, CA 91355
　　　　　　　　　　　　　　　　　　　　　800-417-7623

Additional information regarding attempted and completed service:

Service was made pursuant to the Order Granting Motion for Alternative Service.

# Exhibit "A"



Home    FAQs    Comparison Chart    Notices by Country ⌄

# Nicolas Maduro Moros – Venezuela

[Venezuela](#)

December 10, 2025  •

## Service by Publication in Venezuela

PLEASE TAKE NOTICE, that pursuant to the Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service for Defendant **Nicolas Maduro Moros,** he is hereby notified that a civil lawsuit has been filed against him in the United States District Court, Southern District of Florida.

The  Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.

**Case name:** Jerrel Kenemore, et al. v. Nicolas Maduro Moros, et al.

**Defendant: Nicolas Maduro Moros**

**Case Number:** 1:25-cv-23652-GAYLES

**Court:** United States District Court, Southern District of Florida

**Documents**:  Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service

**Country:** Venezuela

**Court Date**:  N/A

**Date of Commencement of Publication**: December 10, 2025

## See Service Documents

Back to Top

## Contact Us

Phone
1-800-417-7623

**Global
Legal
Notices
GLN**

Your Name (required) *    Your Email (required) *

Your Message *

Send

© Global Legal Notices 2025, all rights reserved

© Global Legal Notices 2025, all rights reserved

Terms & Conditions



**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Jerrell Kenemore, et al.                       )          Civil Action No. 1:25-cv-23652-DPG
                                               )
            Plaintiffs,                        )
                                               )
v.                                             )
                                               )
Nicolas Maduro Moros, et al.                   )
                                               )
            Defendants.                        )
_____)

## PROOF OF SERVICE BY ALTERNATIVE MEANS

I received this Order Granting Motion for Alternative Service, Summons in a Civil Action, Civil Cover

Sheet, and Complaint (English and Spanish) on December 10, 2025, to be served upon Corporation

Venezolana del Petroleo (CVP)**.**

[ **X**] I served the documents on December 10, 2025, on **Corporacion Venezolana del Petroleo (CVP)**
by serving Delcy Eloina Rodriguez Gomez as Minister of Hydrocarbons via her personal Instagram
account @delcyrodriguezv (https://www.imstagram.com/delcyrodriguezv/) and Instagram @pdvsa.cvp
which referenced service by publication on Global Legal Notices
(https://globallegalnotices.com/venezuela .  . See attached Exhibit "A".

[  ] I left the documents at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

[  ] Other (specify):

My fees are $ 0   for travel and $ 1595.00  for services, for a total of $ 1595.00

I declare under penalty of perjury that this information is true.

Date:    December 15, 2025                    _____
                                             Server's signature

                                             ___Nelson Tucker, Process Server_____
                                             Printed name and title
                                                 Process Service Network LLC
                                                 27201 Tourney Road, Ste 223
                                                 Valencia, CA 91355
                                                 800-417-7623

Additional information regarding attempted and completed service:

Service was made pursuant to the Order Granting Motion for Alternative Service.

# Exhibit "A"



# Service by Publication in Venezuela

PLEASE TAKE NOTICE, that pursuant to the Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service for Defendant **Corporacion Venezolana del Petroleo (CVP) ,** it is hereby notified that a civil lawsuit has been filed against it in the United States District Court, Southern District of Florida.

The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.

**Case name:** Jerrel Kenemore, et al. v. Nicolas Maduro Moros, et al.

**Defendant: Corporacion Venezolana del Petroleo (CVP)**

**Case Number:** 1:25-cv-23652-GAYLES

**Court:** United States District Court, Southern District of Florida

**Documents**: Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service

**Country:** Venezuela

**Court Date**: N/A



**CORPORACIÓN VEN...**
Active 10h ago

**View profile**

1:30 PM

You are hereby advised that a civil
lawsuit has been filed against you
in United States District Court,
Southern District of Florida, case
no. 1:25-cv-23652-DPG. You may
view it at https://
globallegalnotices.com/posts/
corporacion-venezolana-del-
petroleo-cvp-venezuela-1210.
No further notice will follow.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Jerrell Kenemore, et al.                    )        Civil Action No. 1:25-cv-23652-DPG
                                            )
       Plaintiffs,                      )
                                            )
v.                                          )
                                            )
Nicolas Maduro Moros, et al.                )
                                            )
       Defendants.                      )
_____        )

## PROOF OF SERVICE BY ALTERNATIVE MEANS

I received this Order Granting Motion for Alternative Service, Summons in a Civil Action, Civil Cover Sheet, and Complaint (English and Spanish) on December 10, 2025, to be served upon <u>Petroleos de Venezuela, S.A. ("PDSVA")</u>**.**

[ **X**] I served the documents on December 10, 2025, on **Petroleos de Venezuela, S.A. ("PDSVA")** sending a direct message to the Instagram account of Hector Obregon Perez, President of PDSVA, https://www.instagram.com/hectorobregonp/?hl=en which referenced service by publication on Global Legal Notices (https://globallegalnotices.com/venezuela. I also sent a message to Ronny Romero to his LinkedIn account at https://ve.linkedin.com/in/ronny-romero-3245b084/en and to Horacio Francisco Medina Herrera, President of PDVSA via "X" and Facebook. See attached Exhibit "A".

[   ] I left the documents at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

[   ] Other (specify):

My fees are $ <u>0</u>  for travel and $ <u>1595.00</u>  for services, for a total of $ <u>1595.00</u>

I declare under penalty of perjury that this information is true.

Date:    December 15, 2025                    _____
                                             Server's signature

                                             ___Nelson Tucker, Process Server_____
                                             Process Service Network LLC
                                             27201 Tourney Road, Ste 223
                                             Valencia, CA 91355
                                             800-417-7623

Additional information regarding attempted and completed service:

Service was made pursuant to the Order Granting Motion for Alternative Service.

# Exhibit "A"



# Service by Publication in Venezuela

PLEASE TAKE NOTICE, that pursuant to the Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service for Defendant **Petroleos de Venezuela, S.A. (PDSVA) ,** it is hereby notified that a civil lawsuit has been filed against it in the United States District Court, Southern District of Florida.

The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.

**Case name:** Jerrel Kenemore, et al. v. Nicolas Maduro Moros, et al.

**Defendant: Petroleos de Venezuela, S.A. (PDSVA)**

**Case Number:** 1:25-cv-23652-GAYLES

**Court:** United States District Court, Southern District of Florida

**Documents**:  Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service

**Country:** Venezuela

**Court Date**: N/A



Héctor Obregón Pérez ⌐ ✕

No further notice will follow.

**globallegalnotices.com**

1:35 PM

Petroleos De Venzuela, S.A., A
civil lawsuit has been filed against
you in the U.S. District Court,
Southern District of Florida, case
no. 1:25-cv-23652-DPG, in the
You can see the documents at
https://globallegalnotices.com/
post/petroleos-de-venzuela-1210.

No further notice will follow.

 Horacio Medina Herrera ⌄    — ⟩

You are hereby advised that a civil lawsuit has been filed against you in United States District Court, Southern District of Florida, case no. 1:25-cv-23652-DPG. You may view it at **https://globallegalnotices.com/posts/petroleos-de-venezuela-sa-pdsva-venezuela-1210**. No further notice will follow.

Global Legal Notices LLC
Serving the Legal Profession
Since 1978

New message                                    ⌐┘  ✕



**Ronny Romero**
VP International Affairs

🟧 Premium                        Use 1 of 15 InMail credits

Lawsuit against Petroleos de Venezuela, S.A. (PDSVA)

You are hereby advised that a civil lawsuit has been filed against
Petroleos de Venezuela, S.A. (PDSVA) in United States District
Court, Southern District of Florida, case no. 1:25-cv-23652-DPG.
You may view it at
https://globallegalnotices.com/posts/petroleos-de-venezuela-sa-
pdsva-venezuela-1210. No further notice will follow.

Global Legal Notices LLC
Serving the Legal Profession Since 1978

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Jerrell Kenemore, et al.                    )          Civil Action No. 1:25-cv-23652-DPG
                                            )
             Plaintiffs,                    )
                                            )
v.                                          )
                                            )
Nicolas Maduro Moros, et al.                )
                                            )
             Defendants.                    )
_____ )

## PROOF OF SERVICE BY ALTERNATIVE MEANS

I received this Order Granting Motion for Alternative Service, Summons in a Civil Action, Civil Cover

Sheet, and Complaint (English and Spanish) on December 10, 2025, to be served upon <u>Maikel Jose</u>

<u>Moreno Perez</u>**.**

[ **X**] I served the documents on December 10, 2025, on **Maikel Jose Moreno Perez** via his personal   an
Instagram account https://www.instagram.com/maikeljosemorenoperez , which referenced service by
publication on Global Legal Notices (https://globallegalnotices.com/venezuela .  See attached Exhibit
"A".

[   ] I left the documents at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

[   ] Other (specify):

My fees are $ <u>0</u>  for travel and $ <u>1595.00</u>  for services, for a total of $ <u>1595.00</u>

I declare under penalty of perjury that this information is true.

Date:    December 15, 2025                          _____
                                                              Server's signature

                                                   ___Nelson Tucker, Process Server_____
                                                     Printed name and title
                                                        Process Service Network LLC
                                                        27201 Tourney Road, Ste 223
                                                        Valencia, CA 91355
                                                        800-417-7623

Additional information regarding attempted and completed service:

Service was made pursuant to the Order Granting Motion for Alternative Service.

# Exhibit "A"



The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court. Service by Publication in Venezuela

PLEASE TAKE NOTICE, that pursuant to the Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service for Defendant **Maikel Jose Moreno Perez,** he is hereby notified that a civil lawsuit has been filed against him in the United States District Court, Southern District of Florida.

The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.

**Case name:** Jerrel Kenemore, et al. v. Nicolas Maduro Moros, et al.

**Defendant: Maikel Jose Moreno Perez**

**Case Number:** 1:25-cv-23652-GAYLES

**Court:** United States District Court, Southern District of Florida

**Documents:** Summons in a Civil Case, Complaint, Civil Cover



Máikel José Moreno Pérez ⌄        — ⟩

You are hereby advised that a civil lawsuit has been filed against you in United States District Court, Southern District of Florida, case no. 1:25-cv-23652-DPG. You may view it at **https://globallegalnotices.com/posts/maikel-jose-moreno-perez-venezuela-1210**. No further notice will follow.

Global Legal Notices LLC
Serving the Legal Profession Since 1978

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Jerrell Kenemore, et al.　　　　　　　)　　　Civil Action No. 1:25-cv-23652-DPG
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
Nicolas Maduro Moros, et al.　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　)
_____)

## PROOF OF SERVICE BY ALTERNATIVE MEANS

I received this Order Granting Motion for Alternative Service, Summons in a Civil Action, Civil Cover

Sheet, and Complaint (English and Spanish) on December 10, 2025, to be served upon <u>Jorge Jesus</u>

<u>Rodriguez Gomez</u>**.**

[ **X**] I served the documents on December 10, 2025, on **Jorge Jesus Rodriguez Gomez** via his "X"
account <u>https://x.com/jorgerpsuv</u> and Instagram account <u>https://www.instagram.com/jorgerpsuv/#</u> ,
which referenced service by publication on Global Legal Notices  The posts have been removed from
both social media sites.

[　] I left the documents at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

[　] Other (specify):

My fees are $ <u>0</u>　for travel and $ <u>1595.00</u>  for services, for a total of $ <u>1595.00</u>

I declare under penalty of perjury that this information is true.

Date:　December 15, 2025　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　<u>　Nelson Tucker, Process Server　</u>
　　　　　　　　　　　　　　　　　　　Printed name and title
　　　　　　　　　　　　　　　　　　　　　Process Service Network LLC
　　　　　　　　　　　　　　　　　　　　　27201 Tourney Road, Ste 223
　　　　　　　　　　　　　　　　　　　　　Valencia, CA 91355
　　　　　　　　　　　　　　　　　　　　　800-417-7623

Additional information regarding attempted and completed service:

Service was made pursuant to the Order Granting Motion for Alternative Service.

# Exhibit "A"



# Service by Publication in Venezuela

PLEASE TAKE NOTICE, that pursuant to the Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service for Defendant **Jorge Jesus Rodriguez Gomez ,** he is hereby notified that a civil lawsuit has been filed against him in the United States District Court, Southern District of Florida.

The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.

**Case name:** Jerrel Kenemore, et al. v. Nicolas Maduro Moros, et al.

**Defendant: Jorge Jesus Rodriguez Gomez**

**Case Number:** 1:25-cv-23652-GAYLES

**Court:** United States District Court, Southern District of Florida

**Documents:** Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service

**Country:** Venezuela

**Court Date:** N/A



< Jorge Rodríguez                    ⌐ ×

9:59 AM

You are hereby advised that a civil lawsuit has been filed against you in United States District Court, Southern District of Florida, case no. 1:25-cv-23652-DPG. You may view it at https://globallegalnotices.com/posts/jorge-jesus-rodriguez-gomez-venezuela-1210. No further notice will follow.

Global Legal Notices LLC
Serving the Legal Profession Since 1978

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Jerrell Kenemore, et al.　　　　　　　　）　　　Civil Action No. 1:25-cv-23652-DPG
　　　　　　　　　　　　　　　　　　）
　　　　　　Plaintiffs,　　　　　　　　）
v.　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
Nicolas Maduro Moros, et al.　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　　　　Defendants.　　　　　　　　）
_____)

## PROOF OF SERVICE BY ALTERNATIVE MEANS

I received this Order Granting Motion for Alternative Service, Summons in a Civil Action, Civil Cover

Sheet, and Complaint (English and Spanish) on December 10, 2025, to be served upon <u>Delcy Eloina</u>

<u>Rodriguez Gomez</u>**.**

[ **X**] I served the documents on December 10, 2025, on **Delcy Eloina Rodriguez Gomez** via her
personal Instagram account @delcyrodriguezv (https://www.imstagram.com/delcyrodriguezv/  which
referenced service by publication on Global Legal Notices (https://globallegalnotices.com/venezuela .  .
See attached Exhibit "A".

[   ] I left the documents at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

[   ] Other (specify):

My fees are $ <u>0</u>  for travel and $ <u>1595.00</u>  for services, for a total of $ <u>1595.00</u>

I declare under penalty of perjury that this information is true.

Date:    December 15, 2025                         _____
　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　 <u>　Nelson Tucker, Process Server　　　</u>
　　　　　　　　　　　　　　　　　　　　Printed name and title
　　　　　　　　　　　　　　　　　　　　　　Process Service Network LLC
　　　　　　　　　　　　　　　　　　　　　　27201 Tourney Road, Ste 223
　　　　　　　　　　　　　　　　　　　　　　Valencia, CA 91355
　　　　　　　　　　　　　　　　　　　　　　800-417-7623

Additional information regarding attempted and completed service:

Service was made pursuant to the Order Granting Motion for Alternative Service.

# Exhibit "A"



# Service by Publication in Venezuela

PLEASE TAKE NOTICE, that pursuant to the Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service for Defendant **Delcy Eloina Rodriguez Gomez ,** she is hereby notified that a civil lawsuit has been filed against her in the United States District Court, Southern District of Florida.

The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.

**Case name:** Jerrel Kenemore, et al. v. Nicolas Maduro Moros, et al.

**Defendant: Delcy Eloina Rodriguez Gomez**

**Case Number:** 1:25-cv-23652-GAYLES

**Court:** United States District Court, Southern District of Florida

**Documents:** Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service

**Country:** Venezuela

 **Delcy Rodríguez**  ⌐  ✕

You are hereby advised that a civil
lawsuit has been filed against you
in United States District Court,
Southern District of Florida, case
no. 1:25-cv-23652-DPG.  You may
view it at https://
globallegalnotices.com/posts/
delcy-eloina-rodriguez-gomez-
venezuela-1210.  No further
notice will follow.

Global Legal Notices LLC
Serving the Legal Profession Since
1978

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Jerrell Kenemore, et al.                      )          Civil Action No. 1:25-cv-23652-DPG
                                              )
          Plaintiffs,                         )
                                              )
v.                                            )
                                              )
Nicolas Maduro Moros, et al.                  )
                                              )
          Defendants.                         )
_____)

## PROOF OF SERVICE BY ALTERNATIVE MEANS

I received this Order Granting Motion for Alternative Service, Summons in a Civil Action, Civil Cover Sheet, and Complaint (English and Spanish) on December 10, 2025, to be served upon <u>Alex Nain Saab Moran</u>.

[ **X**] I served the documents on December 10, 2025, on **Alex Nain Saab Moran** via text message to his personal cell phone +58(0)414-243-2368, which referenced service by publication on Global Legal Notices (https://globallegalnotices.com/venezuela. See attached Exhibit "A".

[  ] I left the documents at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

[  ] Other (specify):

My fees are $ <u>0</u>  for travel and $ <u>1595.00</u>  for services, for a total of $ <u>1595.00</u>

I declare under penalty of perjury that this information is true.

Date:    December 15, 2025                    _____
                                              Server's signature

                                              __Nelson Tucker, Process Server_____
                                              Printed name and title
                                                    Process Service Network LLC
                                                    27201 Tourney Road, Ste 223
                                                    Valencia, CA 91355
                                                    800-417-7623

Additional information regarding attempted and completed service:

Service was made pursuant to the Order Granting Motion for Alternative Service.

# Exhibit "A"



# Service by Publication in Venezuela

PLEASE TAKE NOTICE, that pursuant to the Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service for Defendant **Alex Nain Saab Moran,** he is hereby notified that a civil lawsuit has been filed against him in the United States District Court, Southern District of Florida.

The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.

**Case name:** Jerrel Kenemore, et al. v. Nicolas Maduro Moros, et al.

**Defendant: Alex Nain Saab Moran**

**Case Number:** 1:25-cv-23652-GAYLES

**Court:** United States District Court, Southern District of Florida

**Documents:**  Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service

**Country:** Venezuela

**Court Date:** N/A



**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Jerrell Kenemore, et al.　　　　　　　）　　　Civil Action No. 1:25-cv-23652-DPG
　　　　　　　　　　　　　　　　　）
　　　　　Plaintiffs,　　　　　　　　）
　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　）
Nicolas Maduro Moros, et al.　　　　　）
　　　　　　　　　　　　　　　　　）
　　　　　Defendants.　　　　　　　）
_____）

## PROOF OF SERVICE BY ALTERNATIVE MEANS

I received this Order Granting Motion for Alternative Service, Summons in a Civil Action, Civil Cover Sheet, and Complaint (English and Spanish) on December 10, 2025, to be served upon <u>Diosdado Cabello Rondon</u>**.**

[ **X**] I served the documents on December 10, 2025, on **Diosdado Cabello Rondon** via email to his personal email addresses <u>mazazos@gmail.com</u> and <u>diosdado@psuv.org.ve</u> , which referenced service by publication on Global Legal Notices (<u>https://globallegalnotices.com/venezuela</u> . See attached Exhibit "A".

[　] I left the documents at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

[　] Other (specify):

My fees are $ <u>0</u>  for travel and $ <u>1595.00</u>  for services, for a total of $ <u>1595.00</u>

I declare under penalty of perjury that this information is true.

Date:　　December 15, 2025　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　__Nelson Tucker, Process Server_____
　　　　　　　　　　　　　　　　　　　　　Printed name and title
　　　　　　　　　　　　　　　　　　　　　　Process Service Network LLC
　　　　　　　　　　　　　　　　　　　　　　27201 Tourney Road, Ste 223
　　　　　　　　　　　　　　　　　　　　　　Valencia, CA 91355
　　　　　　　　　　　　　　　　　　　　　　800-417-7623

Additional information regarding attempted and completed service:

Service was made pursuant to the Order Granting Motion for Alternative Service.

# Exhibit "A"



# Service by Publication in Venezuela

PLEASE TAKE NOTICE, that pursuant to the Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service for Defendant **Diosdado Cabello Rondon,** he is hereby notified that a civil lawsuit has been filed against him in the United States District Court, Southern District of Florida.

The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.

**Case name:** Jerrel Kenemore, et al. v. Nicolas Maduro Moros, et al.

**Defendant: Diosdado Cabello Rondon**

**Case Number:** 1:25-cv-23652-GAYLES

**Court:** United States District Court, Southern District of Florida

**Documents:** Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service

**Country:** Venezuela

**Court Date:** N/A

## Nelson Tucker

| | |
|---|---|
| **From:** | Nelson Tucker |
| **Sent:** | Wednesday, December 10, 2025 1:23 PM |
| **To:** | mazazos@gmail.com; diosdado@psuv.org.ve |
| **Subject:** | Lawsuit against you |

You are hereby advised that a civil lawsuit has been filed against you in United States District Court, Southern District of Florida, case no. 1:25-cv-23652-DPG. You may view it at https://globallegalnotices.com/posts/diosdado-cabello-rondon-venezuela-1210. No further notice will follow.

Global Legal Notices LLC
Serving the Legal Profession Since 1978

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Jerrell Kenemore, et al.            )        Civil Action No. 1:25-cv-23652-DPG
                                    )
            Plaintiffs,             )
                                    )
v.                                  )
                                    )
Nicolas Maduro Moros, et al.        )
                                    )
            Defendants.             )
_____)

## PROOF OF SERVICE BY ALTERNATIVE MEANS

I received this Order Granting Motion for Alternative Service, Summons in a Civil Action, Civil Cover

Sheet, and Complaint (English and Spanish) on December 10, 2025, to be served upon <u>Tarek William</u>

<u>Saab Halabi</u>**.**

[ **X**] I served the documents on December 10, 2025, on **Tarek William Saab Halabi** via text message to
his personal cell phone +58(212)509 8504, which referenced service by publication on Global Legal
Notices (https://globallegalnotices.com/venezuela.  I also sent a message on his "X" account
@tarekwilliamsaab. See attached Exhibit "A".

[   ] I left the documents at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

[   ] Other (specify):

My fees are $ <u>0</u>  for travel and $ <u>1595.00</u>  for services, for a total of $ <u>1595.00</u>

I declare under penalty of perjury that this information is true.

Date:    December 15, 2025                          _____
                                                   Server's signature

                                                   ___Nelson Tucker, Process Server_____
                                                   Printed name and title
                                                         Process Service Network LLC
                                                         27201 Tourney Road, Ste 223
                                                         Valencia, CA 91355
                                                         800-417-7623

Additional information regarding attempted and completed service:

Service was made pursuant to the Order Granting Motion for Alternative Service.

# Exhibit "A"



# Service by Publication in Venezuela

PLEASE TAKE NOTICE, that pursuant to the Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service for Defendant **Tarek William Saab Halabi,** he is hereby notified that a civil lawsuit has been filed against him in the United States District Court, Southern District of Florida.

The Order and listed documents are to be published beginning on December 10, 2025, and will continue until requested to be removed, by the Court.

**Case name:** Jerrel Kenemore, et al. v. Nicolas Maduro Moros, et al.

**Defendant: Tarek William Saab Halabi**

**Case Number:** 1:25-cv-23652-GAYLES

**Court:** United States District Court, Southern District of Florida

**Documents:** Summons in a Civil Case, Complaint, Civil Cover Sheet, Order Granting Motion for Alternative Service

**Country:** Venezuela

**Court Date:** N/A

1:42
Tarek William S...
Wednesday, December 10
You are hereby advised that a civil lawsuit has been filed against you in the United States District Court, Southern District of Florida, case no. 1:25-cv-23652-DPG. You can view it at https://globallegalnotices.com/post/tarek-william-saab-maduro-venezuela-1210. No further notice will follow