**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:25-CV-23652-GAYLES**

|  |  |
|---|---|
| JERREL KENEMORE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NICOLÁS MADURO MOROS, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-23652-Gayles |

## JOINT MOTION TO SET BRIEFING SCHEDULE FOR MOTIONS TO DISMISS

Defendants Petróleos de Venezuela, S.A. ("PDVSA"), Corporación Venezolana del Petróleo ("CVP"), as authorized by the Ad Hoc Board of PDVSA, established by the U.S.-recognized government of the Bolivarian Republic of Venezuela, and Plaintiffs respectfully move this Court for an order setting a briefing schedule on PDVSA's and CVP's forthcoming Motions to Dismiss the Complaint dated August 14, 2025 (ECF No. 1).

1.      Plaintiffs served CVP and PDVSA by various methods authorized by the Court pursuant to the Order Granting Plaintiffs' Expedited Motion for Alternative Service Under Rule 4(f)(3) and 28 U.S.C. § 1608(b) (ECF No. 14) on December 10, 2025 (ECF No. 17) and December 12, 2025 (ECF No. 16), respectively.  PDVSA and CVP dispute the propriety of these methods of service.  Moreover, PDVSA submits that even were this service proper, as an "agency or instrumentality of a foreign state," PDVSA would nonetheless have 60 days, and not 21 days, to respond to the Complaint under the Foreign Sovereign Immunities Act of 1976, as amended.  28 U.S.C. § 1608(d) (providing 60 days to respond to summons and complaint).  Sixty days from the date of Plaintiffs' purported service on PDVSA would be February 10, 2026.

1

2.      Notwithstanding the above, the parties agree that a proposed briefing schedule that places the responses of PDVSA and CVP to the Complaint on the same schedule would ensure the orderly progression of the case and avoid piecemeal and overlapping briefing.  The schedule requested below also takes into account the holiday season and preexisting professional commitments of the parties' counsel.

3.      Accordingly, for good cause shown, PDVSA, CVP, and Plaintiffs request that the Court enter the following briefing schedule for PDVSA's and CVP's Motions to Dismiss:

PDVSA and CVP will file their Motions to Dismiss on or before **February 10, 2026**;

Plaintiffs will file their Responses on or before **March 20, 2026**;

PDVSA and CVP will file their Replies on or before **March 31, 2026.**

4.      PDVSA and CVP expressly preserve and do not waive all rights, including, but not limited to, as to lack of subject-matter jurisdiction, personal jurisdiction, and proper process and service of process.

## **CONCLUSION**

PDVSA, CVP, and Plaintiffs respectfully request that this Court enter the proposed briefing schedule as set forth above.

Dated:  December 23, 2025                   Respectfully submitted,

**WHITE & CASE LLP**

By: */s/ Jaime Bianchi*
Jaime Bianchi
W. Dylan Fay
200 S Biscayne Blvd.
Miami, FL 33131
(305) 371-2700
jbianchi@whitecase.com
dylan.fay@whitecase.com

*Counsel for Defendants PDVSA and CVP*


By: */s/ Jaime D. Guttman*
Jaime D. Guttman
Fla. Bar No. 44076
jaime@scale.law
Scale Law Partners, LLC
777 Brickell Avenue, Suite 500
Miami, FL 33131
(786) 273-9033 (Main)

*Counsel for Plaintiffs*