IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE No. 25-cv-23652-DPG

JERREL KENEMORE;
REJEANA ANN TILLERY;
JERRELL LLOYD KENEMORE II;
TRISTAN ALEXANDER LEE KENEMORE;
TINA RACHEL PORRAS;
JASON SAAD;
EDGAR JOSE MARVAL
LADY STEPHANIE SCHULMAN MORRIS;
SMS a minor; and
MSM a minor;

    Plaintiffs,

vs.

NICOLAS MADURO MOROS;
THE CARTEL OF THE SUNS A.K.A.
CARTEL DE LOS SOLES;
PETROLEOS DE VENEZUELA, S.A.
A.K.A. PDVSA;
CORPORACION VENEZOLANA DEL PETROLEO
A.K.A. CVP;
VLADIMIR PADRINO LOPEZ;
MAIKEL JOSE MORENO PEREZ;
NESTOR LUIS REVEROL TORRES;
TAREK WILLIAM SAAB;
JORGE JESUS RODRIGUEZ GOMEZ;
DELCY ELOINA RODRIGUEZ GOMEZ;
DIOSDADO CABELLO RONDÓN; and
ALEX NAIN SAAB MORAN;

    Defendants.
_____/

**PLAINTIFFS' MOTION FOR A CLERK'S DEFAULT
AGAINST INDIVIDUAL DEFENDANTS**

Plaintiffs respectfully move under Federal Rule of Civil Procedure 55(a) for clerk's defaults against the following Defendants: Nicolas Maduro Moros ("Maduro"), Vladimir Padrino Lopez ("Padrino Lopez"), Maikel Jose Moreno Perez ("Moreno Perez"), Nestor Luis Reverol Torres ("Reverol"), Tarek William Saab ("Tarek Saab"), Jorge Jesus Rodriguez Gomez ("Jorge Rodriguez"), Delcy Eloina Rodriguez Gomes ("Delcy Rodriguez"), Diosdado Cabello Rondon ("Diosdado Cabello"), and Alex Nain Saab Moran ("Alex Saab") (collectively the "Individual Defendants").

On December 5, 2025, the Court granted Plaintiff's Expedited Motion for Alternative Service Under Rule 4(f)(3) and 28 U.S.C. § 1608(b). ECF No. 14. On December 10, 2025, all Defendants were served in compliance with the Order Granting Plaintiff's Expedited Motion for Alternative Service Under Rule 4(f)(3) and 28 U.S.C. § 1608(b). The Affidavits of Service were filed on December 19, 2025. ECF No. 17.

Accordingly, the deadline for the Individual Defendants to respond to the Complaint was December 31, 2025. Fed. R. Civ. P. 12(a)(1)(A)(i). The Individual Defendants failed to plead or otherwise defend against the Complaint.

Because the Individual Defendants failed to timely "plead or otherwise defend," Fed. R. Civ. P. 55(a), Plaintiffs are entitled to a clerk's default.

Respectfully submitted on January 4, 2026

*/s/ Jaime D. Guttman*
Fla. Bar No. 44076
*jaime@scale.law*
Scale Law Partners, LLC
777 Brickell Avenue, Suite 500
Miami, FL 33131
(786) 273-9033 (Main)

1

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing document on January 4, 2026 through CM/ECF, which automatically and electronically delivered notice of filing to counsel of record for all parties that have appeared.

*/s/ Jaime D. Guttman*