UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JERREL KENEMORE, et al.	CASE NUMBER
    PLAINTIFF(S)	1:25−cv−23652−DPG

v.

NICOLAS MADURO MOROS, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

    DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Diosdado Cabello Rondon
Nicolas Maduro Moros
Maikel Jose Moreno Perez
Vladimir Padrino Lopez
Nestor Luis Reverol Torres
Delcy Eloina Rodriguez Gomez
Jorge Jesus Rodriguez Gomez
Tarek William Saab
Alex Nain Saab Moran**

as of course, on the date January 6, 2026.

    **Angela E. Noble**
    CLERK OF COURT

    By  _/s/ *Esperanza Buchhorst−Rodriguez*_
    Deputy Clerk

cc:  Judge Darrin P. Gayles
     Jerrel Kenemore