**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-23652-GAYLES**

JERREL KENEMORE, *et al.*,

     Plaintiffs,

v.

NICOLÁS MADURO MOROS, *et al.*,

     Defendants.

_____/

**DEFENDANT DELCY ELOINA RODRIGUEZ GOMEZ'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**
**REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant Delcy Eloina Rodriguez Gomez files this *unopposed* motion for an extension of time, up through and including July 10, 2026, to file a reply in support of her motion to dismiss. For the reasons stated below, this motion should be granted. A proposed order is attached as Exhibit A.

1.     On June 1, 2026 President Rodriguez filed a motion to dismiss the complaint. [ECF No. 61].

2.     On June 25, 2026 Plaintiffs filed their response in opposition to President Rodriguez's motion to dismiss the complaint. [ECF No. 65]. Accordingly, pursuant to Southern District of Florida Local Rule 7.1(c)(1), President Rodriguez's reply is due on July 2, 2026.

3.     Due to conflicting obligations on other matters, as well as counsel's preplanned travel over the reply period, President Rodriguez requires additional time to prepare and file a succinct and targeted reply addressing the issues raised by Plaintiffs' response.

4. This extension is not sought for an improper purpose and will not prejudice any of the parties.

5. Accordingly, President Rodriguez requests an extension of time, up through and including July 10, 2026, to file a reply in support of her motion to dismiss the complaint.

<u>**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**</u>

Counsel for President Rodriguez, before filing this motion, conferred with Plaintiffs' counsel, who have no objection to the requested relief.

Dated: June 26, 2026

Respectfully Submitted,

*/s/ Barbara R. Llanes*
BARBARA R. LLANES
Florida Bar No. 1032727
bllanes@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
DANIEL R. WALSH
Florida Bar No. 0124282
dwalsh@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant Delcy Eloina Rodriguez Gomez*