

**United States Department of State**

*Washington, D.C.   20520*

June 11, 2026

Brett Shumate
Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530

      Re:    *Kenemore v. Maduro* (S.D. Fla. 25-cv-23652)

Dear Mr. Shumate:

      The above-referenced suit names as a defendant, among others, Delcy Rodríguez, who is currently the President of the Bolivarian Republic of Venezuela. In a March 5, 2026 statement, the Department of State announced the recognition of President Delcy Rodríguez as the head of state of Venezuela. The Embassy of Venezuela has asked the Department of State to take the steps necessary to certify the immunity of President Rodríguez in this suit, in light of her current status as the head of state of Venezuela.

      The Department of State recognizes and allows the immunity of President Rodríguez as the sitting head of state of a foreign state from the jurisdiction of the United States District Court in this suit. Under common law principles of immunity articulated by the Executive Branch in the exercise of its Constitutional authority over foreign affairs and informed by customary international law, President Rodríguez, as the sitting head of state of a foreign state, is immune while in office from the jurisdiction of the United States District Court in this suit.

      Accordingly, the Department of State requests that the Department of Justice submit a suggestion of immunity to the district court, informing it of the above at the earliest opportunity. Please note the particular importance attached by the United States to obtaining the prompt dismissal of the proceedings against President Rodríguez in view of the significant foreign policy implications of such an action.

                    Sincerely,

                    Reed D. Rubinstein
                    Legal Adviser